**UNITED STATES of America,**
**Plaintiff-Appellee**

v.

**Marcos GARCIA, Defendant-Appellant**

**No. 16-40051**
**Summary Calendar**

United States Court of Appeals,
Fifth Circuit.

Filed February 10, 2017

Renata Ann Gowie, Assistant U.S. Attorney, U.S. Attorney's Office, Southern District of Texas, Houston, TX, for Plaintiff-Appellee

Marcos Garcia, Pro Se

Before HIGGINBOTHAM, PRADO, and HAYNES, Circuit Judges.

PER CURIAM: *

The attorney appointed to represent Marcos Garcia has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S.

the limited circumstances set forth in 5TH CIR. R. 47.5.4.

738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir. 2011). Garcia has not filed a response. We have reviewed counsel's brief and the relevant portions of the record reflected therein. We concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.